## File Hashes for IP Address 108.45.130.216

**ISP:** Verizon FiOS
**Physical Location:** Alexandria, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/28/2014 16:27:16 | A21F8FE9145E99F779B2170978CBF87E31053685 | Highrise Rendezvous |
| 07/23/2014 19:13:58 | 290A91B5EE86521893E66FF612394A043F661F7C | Be With Me |
| 07/15/2014 02:39:09 | E94F753F299D4968019055C9C7A8DBB9C837C5DF | Summertime Lunch |
| 07/07/2014 00:15:25 | A7655F94C8A103E73DC6552897CCF623A3E88D7D | Lovers Way |
| 07/03/2014 07:09:08 | 57AFEDEB4B1A4EDF991BA86936835610A708F80F | Coming Late |
| 07/01/2014 05:14:54 | BB284832DA311406D9C957B9C9E49DA6023B783F | Give Me More Part 2 |
| 05/27/2014 15:02:29 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 05/26/2014 13:28:46 | 15B689427E06BE311A1AE40BCD69F35CC5B81619 | Epic Love |
| 05/06/2014 15:16:00 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 05/04/2014 01:36:18 | 03B6D940AFE31155B1A7D98CF7C4252C0FAC86E0 | Russian Connection |
| 05/03/2014 02:53:15 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |
| 05/03/2014 01:49:20 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 05/03/2014 01:35:30 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 03/30/2014 05:58:24 | 6660A99B1A6F10B61422A12BB291E574E8B88DF0 | Pretty Little Belle |
| 03/30/2014 05:19:29 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 03/30/2014 05:11:55 | 393C04762255DA6B05BBAE7F29933D8F7421F776 | At Home With Tiffany |
| 03/30/2014 04:53:42 | E4BE8E720C61D26AD1C4D01C44CEEFA77DF24D92 | Apertif Our Style |
| 03/17/2014 04:11:18 | A43186CE0F1ECABA41DE92FE0F4AB00CD112FC6D | Arrest Me |
| 03/17/2014 04:02:29 | FD0B269279B7F1330CE463A47F61C4998D4D1F2D | Model Couple on Vacation |
| 03/16/2014 02:55:38 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |
| 11/26/2013 04:54:09 | 5367E0598CBC2F58064EE0FC4DB641D2A00947F9 | The Journey |
| 11/25/2013 21:13:06 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |

EXHIBIT A

EVA58

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/25/2013 18:52:48 | F84E7BD9064DC07A14CFD0658A4F3600C3C656E1 | Blindfold Me Part #2 |
| 11/12/2013 18:32:46 | 45DC4C75A52E734324368B98FFA827362758CBB5 | My Naughty Girl |

**Total Statutory Claims Against Defendant: 24**

EXHIBIT A

EVA58