## Copyrights-In-Suit for IP Address 108.45.130.216

**ISP:** Verizon FiOS
**Location:** Alexandria, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 03/30/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 05/03/2014 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 03/30/2014 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 03/17/2014 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 03/30/2014 |
| Be With Me | PENDING | 07/21/2014 | 07/25/2014 | 07/23/2014 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/25/2013 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 07/03/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 05/26/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 11/25/2013 |
| Give Me More Part 2 | PENDING | 06/29/2014 | 07/01/2014 | 07/01/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/03/2014 |
| Highrise Rendezvous | PENDING | 07/25/2014 | 07/31/2014 | 07/28/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 05/06/2014 |
| Lovers Way | PENDING | 06/21/2014 | 06/30/2014 | 07/07/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 03/16/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 03/17/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 11/12/2013 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 03/30/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 05/04/2014 |
| Summertime Lunch | PENDING | 07/11/2014 | 07/21/2014 | 07/15/2014 |

EXHIBIT B

EVA58

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 11/26/2013 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 05/03/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 05/27/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 24**